UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN FAUBUS on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IFINEX INC.; BFXNA INC.; BFXWW INC.; TETHER HOLDINGS LIMITED; TETHER LIMITED; DIGFINEX INC.; TETHER OPERATIONS LIMITED; TETHER INTERNATIONAL LIMITED; AND JOHN DOES 1-50,<br><br>Defendants. | Case No. 20-CV-211 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Plaintiff Bryan Faubus. The undersigned certifies that he is admitted to practice before this Court and hereby requests that all future correspondence and papers in this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated: January 9, 2020

*/s/ Brian P. Murray*
By: Brian P. Murray (BM-9954)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
Email: bmurray@glancylaw.com

*Attorney for Plaintiff Bryan Faubus*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 9, 2020, I caused to be electronically filed the foregoing Notice of Appearance the Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems.  Parties may access the filing through the Court's CM/ECF System.

Dated: January 9, 2020

    */s/ Brian P. Murray*
    By: Brian P. Murray (BM-9954)
    **GLANCY PRONGAY & MURRAY LLP**
    230 Park Avenue, Suite 530
    New York, NY 10169
    Tel: (212) 682-5340
    Email: bmurray@glancylaw.com

    *Attorney for Plaintiff Bryan Faubus*