UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN FAUBUS, *on behalf of himself and others similarly situated*,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>IFINEX INC., *et al.*,<br><br>                              Defendants. | 20 Civ. 211 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court recently received *Faubus* v. *iFinex, Inc.*, No. Civ. 211, as a case related to two previously assigned case, *Leibowitz* v. *iFinex, Inc.*, No. 19 Civ. 9236 and *Young* v. *iFinex, Inc.*, No. 20 Civ. 169.  Plaintiff in this matter is hereby ORDERED to provide the Court with a letter brief, not to exceed five pages in length, stating their positions regarding whether the three cases should be consolidated.  These letter briefs shall be filed on or before January 24, 2020.

        SO ORDERED.

Dated:        January 14, 2020
              New York, New York

                                                      _____
                                                           KATHERINE POLK FAILLA
                                                           United States District Judge