UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*,<br><br>                    Plaintiffs,<br><br>          -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 19 Civ. 9236 (KPF) |
| ERIC YOUNG, *et al.*,<br><br>                    Plaintiffs,<br><br>          -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 20 Civ. 169 (KPF) |
| BRYAN FAUBUS,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 20 Civ. 211 (KPF) |
| JOSEPH EBANKS,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 20 Civ. 453 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' January 16, 2020 joint motion in

*Leibowitz* v. *iFinex, Inc.*, No. 19 Civ. 9236, *Young* v. *iFinex, Inc.*, No. 20 Civ. 169,

*Faubus* v. *iFinex, Inc.*, No. 20 Civ. 211, seeking to consolidate the matters.  The Court is also in receipt of a letter dated January 24, 2020, filed in *Ebanks* v. *iFinex, Inc.*, No. 20 Civ. 453, requesting that the Court consolidate that matter with *Leibowitz*, *Young*, and *Faubus* as well.  The parties' motions are GRANTED.  The following actions are hereby consolidated:

  a.  *Leibowitz* v. *iFinex, Inc.*, No. 19 Civ. 9236
  b.  *Young* v. *iFinex, Inc.*, No. 20 Civ. 169
  c.  *Faubus* v. *iFinex, Inc.*, No. 20 Civ. 211
  d.  *Ebanks* v. *iFinex, Inc.*, No. 20 Civ. 453

  SO ORDERED.

Dated:     January 24, 2020
           New York, New York

_____
      KATHERINE POLK FAILLA
      United States District Judge

2